IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY WILLIAMS, | No. C-10-4054 TEH (PR) |
|     Plaintiff, | ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL; |
| v. | GRANTING REQUEST FOR EXTENSION OF TIME TO FILE FIRST AMENDED |
| ARNOLD SCHWARZENEGGER, et. al., | COMPLAINT |
|     Defendant(s). | (Doc. ## 10 & 11) |

Plaintiff's request for appointment of counsel under 28 U.S.C. § 1915 (Doc. #11) is DENIED for lack of exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). The Court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent Plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

//

//

//

Good cause appearing, Plaintiff's request for an extension of time to file a first amended complaint (Doc. #10) is GRANTED. Plaintiff must file his first amended complaint by no later than <u>May 23, 2011</u>. The pleading must be simple, concise and direct and must state clearly and succinctly how each and every Defendant is alleged to have violated Plaintiff's federally-protected rights. <u>See</u> Fed. R. Civ. P. 8(a)(2). The pleading must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within by the date specified in this order will result in the dismissal of this action. <u>No further extensions of time are contemplated</u>.

Plaintiff is reminded that he only may allege claims in a single action that (a) arise out of the same transaction, occurrence, or series of transactions or occurrences and (b) present questions of law or fact common to all defendants named therein. <u>See</u> Fed. R. Civ. P. 20(a)(2). Plaintiff must file individual actions for unrelated claims against unrelated Defendants in the proper venue.

Plaintiff also is reminded that the first amended complaint will supersede the original complaint and all other pleadings. Claims and Defendants not included in the first amended complaint will not be considered by the Court. <u>See</u> <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987).

Plaintiff again is advised that it is his responsibility to prosecute this case. Plaintiff must keep the Court informed of

any change of address by filing a separate paper with the Clerk entitled "Notice of Change of Address," and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is directed to terminate the motions listed under docket numbers 10 and 11.

IT IS SO ORDERED.

DATED   *03/28/2011*  
                                      THELTON E. HENDERSON
                                      United States District Judge

G:\PRO-SE\TEH\CR.10\Williams-10-4054-deny counsel-grant eot to file fac.wpd

3