IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY WILLIAMS, | No. C-10-4054 TEH (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| ARNOLD SCHWARZENEGGER, et. al., | |
| Defendant(s). | |

This is a civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a pro se state prisoner. Plaintiff alleges that his constitutional rights have been violated by the former governor of California, the director and secretary of the California Department of Corrections and Rehabilitation ("CDCR") and wardens of two California prisons.

On March 8, 2011, the Court dismissed the Complaint with leave to amend because the 370-page Complaint contained various pleading deficiencies. The Court's order specifically identified the pleading deficiencies and instructed the Plaintiff how to correct the deficiencies and properly prepare an amended complaint. The Court granted Plaintiff thirty days to file an amended complaint. See Doc. #9. Plaintiff was advised that failure to file

a proper amended complaint within the designated time would result in dismissal of the action.  Id.

On March 28, 2011, the Court granted Plaintiff an extension of time to May 23, 2011, to file his amended complaint.  See Doc. #12. On June 17, 2011, the Court granted Plaintiff an additional and final extension of time to July 15, 2011, to file his amended complaint.  See Doc. #27.  Plaintiff has failed to file an amended complaint.  Accordingly, the action is DISMISSED.

The Clerk shall close the file and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED     08/09/2011     

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.10\Williams-10-4054-2nd-dismissal-failure-to-file-fac.wpd